TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IRIS HONDERMANN et al.,<br><br>Defendants. | Case No. 2:26-cr-00019-JAD-EJY<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3**<br><br>[ECF No. 4] |

The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Thomas W. Flynn and Stuart A. Wexler, Trial Attorneys with the Tax Section of the Criminal Division of the United States Department of Justice, be permitted to appear before this Court in the above-captioned case.

Trial Attorney Flynn is a member in good standing of the bar of the State of California. Trial Attorney Wexler is a member in good standing of the bar of the State of Pennsylvania. They are employed by the United States as attorneys, and, in the course and

scope of their employment, they have occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Contact information for Mr. Flynn and Mr. Wexler is provided below:

Thomas W. Flynn                Stuart A Wexler
Trial Attorney                 Trial Attorney
U.S. Department of Justice     U.S. Department of Justice
Criminal Division, Tax Section Criminal Division, Tax Section
501 Las Vegas Blvd S., Ste 1100  950 Pennsylvania Ave NW
Las Vegas, NV 89101            Washington, D.C. 20530
Tel: 702-388-6336             Tel: 202-598-7816
Email: thomas.w.flynn@usdoj.gov  Email: stuart.a.wexler@usdoj.gov

Dated: February 11, 2026

Respectfully submitted,

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney
Chief, Criminal Division

IT IS SO ORDERED:  _____

HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

Dated: February 12, 2026

2