TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
THOMAS W. FLYNN
STUART A. WEXLER
Trial Attorneys
U.S. Department of Justice, Criminal Division
c/o Office of the United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Thomas.W.Flynn@usdoj.gov
Stuart.A.Wexler@usdoj.gov
Tony.Lopez@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:26-CR-00019-JAD-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCE HEARING (FIRST REQUEST)** |
| IRIS HONDERMANN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through TODD BLANCHE, Acting Attorney General of the United States, and STUART A. WEXLER, Trial Attorney, counsel for the UNITED STATES OF AMERICA and ABEL M. YANEZ, ESQ., counsel for Defendant IRIS HONDERMANN, that the Sentencing hearing set for June 8, 2026, at 1:30 PM, be vacated and continued to August 5, 2026, at 10:30 AM.

/ / /

The continuance is necessary for the following reasons:

1.    The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2.    Sentencing for co-defendant, IVAN ODIAGA, originally set for June 8, 2026, at 2:00pm, was continued to August 5, 2026, at 11:00am. *See* ECF 28.

3.    Counsel requests this additional time so that sentencing for the co-defendants in this case will continue to be set on the same date and at relatively the same time.

4.    This additional time best serves the interests of judicial economy and the use of resources.

5.    Counsel further requests this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

6.    Ms. Hondermann is not detained and consents to the continuance. Specifically, Ms. Hondermann was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

7.    This is the first request for continuance of the sentencing hearing.

DATED this 14th day of May, 2026.

| | |
|---|---|
| TODD BLANCHE | ABEL M. YANEZ, ESQ. |
| Acting Attorney General of the United States | Nobles & Yanez, PLLC |
| SIGAL CHATTAH | 324 S. Third St., Suite 2 |
| First Assistant United States Attorney | Las Vegas, Nevada 89101 |
| | |
| _/s/ Stuart A. Wexler_ | _/s/ Abel M. Yanez, Esq._ |
| STUART A. WEXLER | ABEL M. YANEZ, ESQ. |
| Trial Attorney | Counsel for the Defendant |
| Counsel for the Government | |

2

## <u>ORDER</u>

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for June 8, 2026, at 1:30 PM, be vacated and continued to **August 5, 2026, at 10:30 AM.**

DATED this 14th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE